ACCEPTED
06-15-00094-cv
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
11/6/2015 5:53:03 PM
DEBBIE AUTREY
CLERK

**Appellate Docket No:**    **06-15-00094-CV**
**Appellate Case Style:**    <u>Blaire Reid, Appellant vs. SSB Holdings, Inc. d/b/a Protec Laboratory, Appellees</u>

**SIXTH DISTRICT COURT OF APPEALS**
**CIVIL APPEAL - DOCKETING STATEMENT**
**NOTE: FAILURE TO FILE DOCKETING STATEMENT AS REQUIRED BY**
**TRAP 32.1 MAY RESULT IN DISMISSAL OF THE APPEAL.  SEE TRAP 42.3(c)**

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
11/6/2015 5:53:03 PM
DEBBIE AUTREY
Clerk

## PARTIES (TRAP 32.1(a),(e)):

| **Appellant(s):** | **Appellee(s):** |
|---|---|
| Blaire Reid | SSB Holdings, Inc. d/b/a Protec Laboratory |
| **Attorney (Lead Counsel):** | **Attorney (Lead Counsel):** |
| Walker M. Duke | Barry A. Moscowitz |
| **Address (Lead Counsel):** | **Address (Lead Counsel):** |
| Duke Seth, P.L.L.C. <br> 325 N. St. Paul Street, Suite 2220 <br> Dallas, Texas 75201 | Thompson, Coe, Cousins & Irons, LLP <br> 700 N. Pearl Street, Suite 2500 <br> Dallas, Texas 75201 |
| **Telephone:** <br> (214) 965-8100 | **Telephone:** <br> (214) 871-8200 |
| **Fax:** <br> (214) 965-8101 | **Fax:** <br> (214) 871-8209 |
| **SBN (Lead Counsel):** <br> 24036505 | **SBN (Lead Counsel):** <br> 24004830 |

**If not represented by counsel, provide appellant's/appellee's address, telephone number, and fax number.  On an attachment, list the same information for any additional parties to the trial court's judgment.**

---

**PERFECTION OF APPEAL (TRAP 32.1(b),(c),(g),(j)):**

| | |
|---|---|
| **Date Order or Judgment Signed:** <br> Judgment:  July 28, 2015 <br> Motion for New Trial <br> denied by operation of law: October 12, 2015 | **Date Notice of Appeal Filed:** October 23, 2015 <br> **If Mailed, Give Date:** <br> **(Attach File-Stamped Copy of Notice)** |

| Appeal From Final Judgment? (Disposes of All Parties & Issues): Yes: [**X**] No: [ ] | Interlocutory Appeal of Appealable Order? Yes: [ ] No: [**X**] |
| --- | --- |

| Restricted Appeal Under TRAP 30? Yes: [ ] No: [**X**] | | |
| --- | --- | --- |
| | **Check as Appropriate** | **Furnish Information as Appropriate** |
| **Accelerated Appeal (Under TRAP 28, or Other Rule or Statute, or Appeal Given Precedence or Priority)** | Yes: [ ] No: [**X**] | Reason for Acceleration: |
| **Temporary or Ancillary Relief** | None: [**X**] Will Request: [ ] | Basis for Request: |

**NATURE OF THE CASE (TRAP 32.1(f)):**

**Describe Subject Matter** (i.e., Personal Injury, Breach of Contract, Temporary Injunction)
Employment discrimination/wrongful termination

**Posture of Parties at Trial:**
    **Appellant(s)**:   Plaintiff
    **Appellee(s)**:   Defendant

**TRIAL COURT AND RECORD (TRAP 32.1(c),(h),(i)):**

| **Court:** 402nd District Court | **County:** Wood | **T.Ct. Cause No.:** 2015-254 |
| --- | --- | --- |
| **Trial Judge** (Who Tried or Disposed of Case): Hon. G. Timothy Boswell **Telephone**: (903) 763-2332 **Fax:** Unknown **Address:** P.O Box 1707 Quitman, Texas 75783 | **Court Clerk** (District or County Clerk): Jenica Turner **Telephone**: (903) 763-2361 **Fax:** (903) 763-1511 **Address:** P.O Box 1707 Quitman, Texas 75783 | |
| **Clerk's Record** | **Fee Paid: Yes:**[ ] **No:**[**X**] **Arrangements Are Being Made to Pay the Fee**. Yes | |

**Court Reporter(s) or Court Recorder(s): Yes, identification unknown.**
**Telephone Number(s):**
**Fax Number(s):**
**Address(es):**

| **Reporter's/Recorder's Record** (Check if Electronic Recording [ ]) | Yes: [**X**] No: [ ] Date Requested: | **Fee Paid: Yes:**[ ] **No:**[**x**] **Arrangements Are Being Made to Pay Fee**. |
| --- | --- | --- |

**SUPERSEDEAS BOND (TRAP 32.1(l)):**

| Yes: [ ]    No: [**X**] | Date Filed: | Amount: N/A |
| --- | --- | --- |

**Actions Extending Timetable (TRAP 32.1(d)):** Motion for New Trial

| Action | Filed Check as Appropriate | Date |
|---|---|---|
| Motion for New Trial | Yes: [ X ]    No: [ ] | Filed: August 27, 2015 |
| Motion to Modify Judgment | Yes: [ ]    No: [ X ] | |
| Request for Findings of Fact & Conclusions of Law | Yes: [ ]    No: [ X ] | |
| Motion to Reinstate | Yes: [ ]    No: [ X ] | |
| Other (Specify) Motion for Extension of Time Under TRAP 26.3 | Yes: [ ]    No: [ X ] | |

**INDIGENCY OF PARTY (TRAP 32.1(k)):**

| Event | Check as Appropriate | | Date |
|---|---|---|---|
| Affidavit Filed | Yes: [ ] | No: [ X ] | |
| Contest Filed | Yes: [ ] | No: [ X ] | |
| Date Ruling on Contest Due | | | |
| Ruling on Contest:    Sustained: [ ]    Overruled: [ ] | | | |
| Attach File-Stamped Copy of Affidavit. | | | |

**OTHER INFORMATION (TRAP 32.1(m)):**

Is there a question about this Court's jurisdiction to decide on this appeal? Yes: [ ]  No: [ X ]
If so, explain:

List any other pending or past related appeals or original proceedings before this or any other Texas appellate court by Court, Docket Number, and Style:

**None**

**ALTERNATIVE DISPUTE RESOLUTION/MEDIATION**

Was the case mediated in the trial court?  If so, please provide the mediator's name, address, telephone number, and fax number.

**No.**

Has the case been mediated since entry of the final judgment? If so, please provide the mediator's name, address, telephone number, and fax number.

**No.**

Can the parties agree on an appellate mediator?  If so, please provide the mediator's name, address, telephone number, and fax number.

**Yes.**

| |
|---|
| If you believe this case is not appropriate for mediation, give specifics why not.<br><br>**The parties have had both pre- and post-judgment settlement discussions, and Appellee has indicated it is not interested in any potential settlement.** |
| How was the case disposed of? (Summary Judgment, Trial, Dismissal, etc.)<br><br>**Final Judgment executed after hearing on Appellee's Plea to the Jurisdiction.** |
| Summary of relief granted, including amount of money judgment, if any, and type of damages awarded.<br><br>**Dismissal of all of Appellant's claims with prejudice.** |
| Give brief description of issues to be raised on appeal.<br><br>**Did the trial court err by finding that Appellant did not exhaust her administrative remedies prior to filing the employment discrimination lawsuit and ruling that the trial court did not have jurisdiction over the matter.** |

**NOTE:** If inadequate space has been provided for the information requested, please provide the additional information on an attachment.

**I CERTIFY THAT, TO THE BEST OF MY KNOWLEDGE, ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.**

Respectfully submitted,

**DUKE SETH, P.L.L.C.**

/s/ Walker M. Duke

_____
WALKER M. DUKE
Texas Bar No. 24036505
wduke@dukeseth.com
325 N. St. Paul Street
Suite 2220
Dallas, Texas 75201
(214) 965-8100 Telephone
(214) 965-8101 Facsimile

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

On this 6th day of November, 2015, a true and correct copy of the foregoing document was served on the following counsel of record through the court's electronic filing system:

Jason T. Weber
Thompson, Coe, Cousins & Irons, LLP
700 North Pearl Street
Twenty-Fifth Floor
Dallas, Texas 75201-2825

/s/ Walker M. Duke

_____
**WALKER M. DUKE**